NORRIS, Respondent, v. MORIN-BEATTIE CO., et al, Appellants.

(237 N. W. 875.)

(File No. 7026. Opinion filed September 21, 1931.)

*Bailey & Voorhees,* of Sioux Falls, and *Ray F. Bruce,* of Milwaukee, Wis., for Appellants.

*Cherry, Davenport & Braithwaite,* of Sioux Falls, for Respondent.

PER CURIAM. The judgment and order appealed from are affirmed.